445 A.2d 107

**Florence PROCK, An Incompetent, By John Prock, Her Guardian Ad Litem, Appellant**

v.

**Thomas K. HALE, M.D., M.A. NeVertts, M.D., David S. Marshall, M.D.**

**and**

**The Pottsville Hospital and Warne Clinic, a Corporation.**

Supreme Court of Pennsylvania.

Argued April 21, 1982.

Decided May 21, 1982.

Elwood S. Levy, Philadelphia, Thomas J. Nickels, Pottsville, for appellant.

R. Hart Beaver, Thomas P. Harlan, Lebanon, for appellees.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and McDERMOTT, JJ.

## ORDER

PER CURIAM.

Appeal dismissed, 278 Pa.Super. 636, 425 A.2d 15, as having been improvidently granted.

HUTCHINSON, J., did not participate in the consideration or decision of this case.